**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MAHDI MAHMOUDI,

      Petitioner,

v.                                                                                          No. 1:26-cv-00735-WJ-GBW

KRISTI NOEM, Secretary, U.S. Department of
Homeland Security;
PAMELA BONDI, United States Attorney General;
MARISSA FLORES, Field Office Director of
Enforcement and Removal Operations, El Paso Field Office;
WARDEN, Torrance County Detention Facility,
      Respondents.

**<u>ORDER TO ANSWER</u>**

This matter is before the Court on Petitioner Mahdi Mahmoudi's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc.1) (Petition).  Petitioner is detained at the Torrance County Detention Facility (Doc. 1 at 1).  Petitioner states he is a citizen of Afghanistan, entered the United States in August 2021 as part of Operation Allies Welcome/Operation Allies Refuge, and was paroled under 8 U.S.C. § 1182(d)(5)(A). (Doc. 1 at 1). He filed a I-589 Application for asylum, withholding of removal and protected status under CAT.  He was granted Temporary Protected Status valid from December 6, 2023, to May 20, 2025.  (Doc. 1 at 2). He was detained by ICE in Minneapolis, Minnesota, where he lives, was transferred to New Mexico, and was placed in removal proceedings on January 13, 2026. (Doc. 1 at 2). Petitioner seeks immediate release or a bond hearing.  (Doc. 1 at 15).

Having reviewed the record, the Court finds the alleged facts may raise a colorable claim for relief.  *See Melchor-Rios v. Ortiz, et al.*, 2:25-cv-1055 WJ-GJF (concluding the petitioner's

detention was governed by 8 U.S.C. § 1226, rather than 8 U.S.C. § 1225, and ordering Respondents to provide a bond hearing or release the petitioner); *Briceno-Sanchez v. Dedos, et al.*, 2:25-cv-1054 WJ-GBW (same).  The Clerk's Office has electronically served the Petition on Respondents via CM/ECF.  *See* Doc. 2.  The United States Attorney's Office (USAO) shall answer the Petition within ten (10) business days of entry of this Order.  *See* Habeas Rules 1(b), 4 (courts have discretion to set a time for respondents to answer a habeas petition).1  The answer should address the merits of Petitioner's claim and show cause why the requested relief should not be granted.  Any response filed by Respondents must demonstrate why the specific facts or procedural posture of this case warrant a departure from the Court's prior rulings.  Petitioner may file an optional reply within ten (10) business days after the answer brief is filed.

If the USAO declines to timely respond, the Court may enter a separate order directing the Immigration Court to conduct a bond hearing in accordance with its prior rulings on this issue.

**IT IS ORDERED** that the USAO shall **ANSWER** the Petition within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted.  If Petitioner wishes to file an optional reply, he must do so within ten (10) business days after Respondents' response is filed.

/s/
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE

---

1 To the extent applicable and pursuant to the authority granted by Rule 1(b) of the Rules Governing 2254 Cases in the United States District Court and Standing Order 26-mc-0004-03, the Court will apply the Rules Governing Section 2254 cases in this proceeding.